# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                      No. 2:11CV00046 JLH

KEVIN P. MARTIN and COOK SALES, INC.                                               DEFENDANTS

## ORDER

There has been no action in this matter since the filing of a return of service on July 11, 2011. The Court hereby orders that some action be taken in this case within the next 30 days. If no action is taken in this case within the next 30 days, the Court will dismiss the case without prejudice for failure to prosecute.

IT IS SO ORDERED this 14th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE