**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          No. 2:11CV00046 JLH

KEVIN P. MARTIN and COOK SALES, INC.                              DEFENDANTS

<u>**ORDER**</u>

There has been no action in this matter since the filing of a return of service on July 11, 2011.

The Court hereby orders that some action be taken in this case within the next 30 days.  If no action

is taken in this case within the next 30 days, the Court will dismiss the case without prejudice for

failure to prosecute.

IT IS SO ORDERED this 14th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE